UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAC MCKINLEY BROWN, JR.,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 12-12642

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

**OPINION AND ORDER
(1) ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION,
(2) GRANTING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT,
(3) DENYING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT**

Before the Court is Magistrate Judge David R. Grand's July 20, 2013 Report and Recommendation Denying Plaintiff's Motions for Summary Judgment and Granting Defendant's Motion for Summary Judgment. (ECF No. 11, Report and Recommendation on Cross-Motions for Summary Judgment.) Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation, DENIES Plaintiff's Motions for Summary Judgment (ECF Nos. 8, 9), GRANTS Defendant's Motion for Summary Judgment (ECF No. 10), and AFFIRMS the final judgment of the Commissioner pursuant to 42 U.S.C. § 405(g). IT IS SO ORDERED.

Dated: August 7, 2013

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 7, 2013.

                                        s/Deborah Tofil
                                        Case Manager