UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAC MCKINLEY BROWN, JR.,

        Plaintiff,                              Case No. 12-12642

                                                  Paul D. Borman
v.                                                   United States District Judge

                                                  David R. Grand
COMMISSIONER OF                     United States Magistrate Judge
SOCIAL SECURITY,

        Defendant.
_____/

OPINION AND ORDER
(1) ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION,
(2) GRANTING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT,
(3) DENYING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT

    Before the Court is Magistrate Judge David R. Grand's July 20, 2013 Report and Recommendation Denying Plaintiff's Motions for Summary Judgment and Granting Defendant's Motion for Summary Judgment. (ECF No. 11, Report and Recommendation on Cross-Motions for Summary Judgment.) Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation, DENIES Plaintiff's Motions for Summary Judgment (ECF Nos. 8, 9), GRANTS Defendant's Motion for Summary Judgment (ECF No. 10), and AFFIRMS the final judgment of the Commissioner pursuant to 42 U.S.C. § 405(g). IT IS SO ORDERED.

                                                          s/Paul D. Borman
                                                          PAUL D. BORMAN
Dated: August 7, 2013                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 7, 2013.

                                              s/Deborah Tofil
                                              Case Manager